UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH CORTEZ DAVENPORT,

    Petitioner,                                       CASE NO. 2:07-cv-12047
                                                      HONORABLE AVERN COHN
v.                                                     UNITED STATES DISTRICT JUDGE

BARRY DAVIS,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on April 07, 2009.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan, this 7th, day of April, 2009.

                                                                    DAVID J. WEAVER
                                                                    CLERK OF THE COURT

APPROVED:
                                                                    BY: s/Julie Owens
                                                                      DEPUTY CLERK

s/Avern Cohn
HON. AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed Joseph Davenport 511801, Newberry Correctional Facility, 3001 Newberry Avenue, Newberry, MI 49868 to and the attorneys of record on this date, April 7, 2009, by electronic and/or ordinary mail.

                                                        s/Julie Owens
                                                      Case Manager, (313) 234-5160